IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO ALGUERA, | No. C 12-1605 CW |
| Plaintiff, | ORDER GRANTING PLAINTIFF ADDITIONAL TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND VACATING HEARING AND CASE MANAGEMENT CONFERENCE |
| v. | |
| U.S. BANK, N.A.; and RECONTRUST COMPANY, N.A., | |
| Defendants. | |

On July 13, 2012, Defendants U.S. Bank, N.A. and Recontrust Company, N.A. moved to dismiss the claims asserted against them by pro se Plaintiff Eduardo Alguero.

Civil Local Rule 7-3(a) provides that any opposition to a motion must be filed within fourteen days after the motion was filed if the motion was filed and served through the Court's Electronic Case Filing (ECF) system, or within seventeen days after the motion was filed if the motion was served through certain other means, including by mailing it to the person's last known address. Because the motion to dismiss was filed by mailing, see Docket No. 13, Plaintiff's opposition was due by July 30, 2012.

Plaintiff has not yet filed an opposition to Defendants' motion to dismiss. The Court grants Plaintiff until one week from the date of this Order to do so. Plaintiff's failure to file an opposition in compliance with this Order will result in the dismissal of his case for failure to prosecute.

1    The Court will decide the motion to dismiss on the papers.
2 The hearing and case management conference currently set for
3 August 30, 2012 are vacated.
4    IT IS SO ORDERED.

5
6 Dated: 7/31/2012
                                CLAUDIA WILKEN
7                               United States District Judge