IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO ALGUERA,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. BANK, N.A.; and RECONTRUST COMPANY, N.A.,<br><br>    Defendants.<br>_____/ | No. C 12-1605 CW<br><br>ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE |

On July 13, 2012, Defendants U.S. Bank, N.A. and Recontrust Company, N.A. moved to dismiss the claims asserted against them by pro se Plaintiff Eduardo Alguero.  Docket No. 11.

On July 31, 2012, the Court noted that Plaintiff had not filed an opposition to the motion to dismiss within the time period set forth in Civil Local Rule 7-3(a).  Docket No. 15.  At that time, the Court allowed Plaintiff until August 7, 2012 to file an opposition.  The Court also warned him that failure to file an opposition in compliance with that Order would result in the dismissal of his case for failure to prosecute.

As of the date of this Order, Plaintiff has not filed an opposition to Defendants' motion to dismiss.  Accordingly, the Court DISMISSES Plaintiff's action without prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: 8/10/2012

CLAUDIA WILKEN
United States District Judge